**LORI HARPER SUEK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 761-7715
FAX: (406) 657-6101
Email: Lori.Suek@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.

2010 FEB 18 AM 10 01

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KASSIE ANITA BIRDINGROUND,<br><br>　　　　Defendant. | CR 10-23 -BLG- JDS<br><br>**INDICTMENT**<br><br>ASSAULT WITH A DANGEROUS WEAPON (Count I)<br>Title 18 U.S.C. §§ 1153(a), 113(a)(3)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

|  | ASSAULT RESULTING IN SERIOUS BODILY INJURY (Count II)<br>Title 18 U.S.C. §§ 1153(a), 113(a)(6)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about July 11, 2009, at Lodge Grass, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian country, the defendant, KASSIE ANITA BIRDINGROUND, an Indian person, intentionally assaulted Janette Jarvis with a dangerous weapon, a wooden stick, with the intent to do bodily harm, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(3).

## COUNT II

That on or about July 11, 2009, at Lodge Grass, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian country, the defendant, KASSIE ANITA BIRDINGROUND, an Indian person, intentionally assaulted

Janetta Jarvis, said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney

_____
KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓
Bail: none