IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 10-23-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KASSIE ANITA BIRDINGROUND, | |
| Defendant. | |

For the reasons stated on the record, KASSIE ANITA BIRDINGROUND is hereby released from the custody of the U.S. Marshals Service.

DATED this _13th_ day of April, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1